**Defendant:** **Experian Holdings, Inc.**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/24/2023 | $201,641.86 | 3/24/2023 | 374047 | 9/9/2022 | $201,641.86 |
| **Totals:** | | **1 transfer(s),** | **$201,641.86** | | | | |